**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| VERONICA FLORES-PALMA, | No. 08-73341 |
| Petitioner, | Agency No. A072-670-372 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 17, 2015[**]

Before:      O'SCANNLAIN, LEAVY, and FERNANDEZ, Circuit Judges.

Veronica Flores-Palma, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an

immigration judge's decision denying her motion to reopen removal proceedings

------

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).  Thus, we reject Flores-Palma's request for oral argument.

conducted in absentia. We have jurisdiction under 8 U.S.C. § 1252. We deny the petition for review.

The BIA dismissed Flores-Palma's appeal of the denial of her untimely motion because the record showed she received proper notice of her hearing and because she failed to meet the requirements for a claim of ineffective assistance of counsel, equitable tolling, or changed country conditions in Mexico. Flores-Palma does not raise any challenge to the BIA's dispositive grounds for denying the motion. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues not specifically raised and argued in a party's opening brief are waived). In light of this conclusion, we do not reach Flores-Palma's contentions regarding her eligibility for asylum, withholding of removal, or protection under the Convention Against Torture.

**PETITION FOR REVIEW DENIED.**